STATE v. GLIDDEN

No. 692PA85.

Case below: 76 N.C. App. 653.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals allowed 5 March 1986.

STATE v. GRAINGER

No. 765P85.

Case below: 78 N.C. App. 123.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.

STATE v. HARVEY

No. 787P85.

Case below: 77 N.C. App. 845.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1986.

STATE v. HOOPER

No. 103A86.

Case below: 79 N.C. App. 93.

Petition by Attorney General for writ of supersedeas denied 25 February 1986.

STATE v. HOWARD

No. 69P86.

Case below: 78 N.C. App. 262.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 March 1986. Motion by State to dismiss appeal for lack of significant public interest allowed 5 March 1986.